UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMEY SOUTHERLAND,

    Plaintiff,

v.                                        No.: 3:07-cv-043
                                                  (*Phillips/Shirley*)

BLOUNT COUNTY, TENNESSEE, et al.,

    Defendants.

## MEMORANDUM AND ORDER

This is a prisoner's civil rights action pursuant to 42 U.S.C. § 1983; plaintiff is represented by counsel. The matter is before the court on several motions filed by the parties.

Defendants filed a motion for sanctions and for protective order with respect to extrajudicial statements regarding this case. The parties subsequently filed a joint motion to withdraw the motion for sanctions and protective order. The joint motion [Court File No. 26] is **GRANTED**. The Clerk is **DIRECTED** to remove the motion for sanctions and protective order [Court File No. 19] from the record.

Plaintiff has filed a motion to amend the complaint and an amended motion to amend the complaint. The defendants object to certain portions of the proposed amended complaint.

The amended motion to amend the complaint [Court File No. 23] is **GRANTED**. The Clerk is **DIRECTED** to file the amended complaint, which is attached as Exhibit 1 to the amended motion to amend the complaint. The original motion to amend the complaint [Court File No. 21] is **DENIED** as **MOOT**. The defendants may, of course, file a motion to dismiss those portions of the amended complaint to which they object.

    **ENTER:**

                                                                     s/ Thomas W. Phillips
                                                                  United States District Judge